## MOTION AND PROCEDURAL RULINGS

**2014–0851. Freedom Mtge. Corp. v. Vitale.**
Tuscarawas App. No. 2013 AP 08 0037, 2014-Ohio-1549. This cause is pending before the court as a jurisdictional appeal.

Upon review of the motion for stay of sale, it is ordered by the court that appellee shall file a response, if any, to the motion for stay no later than Wednesday, July 2, 2014.

## CASE ANNOUNCEMENTS

### June 26, 2014

[Cite as *06/26/2014 Case Announcements #3*, 2014-Ohio-2780.]

## MOTION AND PROCEDURAL RULINGS

**2014–1071. Randall v. Randall.**
Hamilton App. No. C–130527. This cause is pending before the court as a jurisdictional appeal.

Upon review of the motion for stay of the court of appeals' judgment, it is ordered by the court that appellee shall file a response, if any, to the motion for stay no later than Monday, June 30, 2014.

## CASE ANNOUNCEMENTS

### June 27, 2014

[Cite as *06/27/2014 Case Announcements*, 2014-Ohio-2802.]

## MOTION AND PROCEDURAL RULINGS

**2014–0557. State ex rel. Evans v. Ohio Dept. of Rehab. & Corr.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relator's request for findings of fact and conclusions of law pursuant to Civ.R. 52, it is ordered by the court that the request is denied.

**2014–0619. State ex rel. Evans v. Supreme Court of Ohio.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relator's request for findings of fact and conclusions of law pursuant to Civ.R. 52, it is ordered by the court that the request is denied.

## DISCIPLINARY CASES

**2012–0691. Trumbull Cty. Bar Assn. v. Large.**
On application for reinstatement of John Harold Large, Attorney Registration No. 0068732. Application granted, and respondent is reinstated to the practice of law in Ohio.

## CASE ANNOUNCEMENTS

### June 30, 2014

[Cite as *06/30/2014 Case Announcements #2*, 2014-Ohio-2917.]

## MOTION AND PROCEDURAL RULINGS

**2014–0853. Broadview Hts. v. Misencik.**
Cuyahoga App. No. 100196, 2014-Ohio-1518. Upon consideration of appellant's expedited motion for